IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RODRIGO DOMINGUEZ,

        Petitioner,

v.                                              No. CIV 10-0354 JB/RLP

TIMOTHY HATCH, Warden, and
GARY KING, Attorney General of the
State of New Mexico,

        Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**THIS MATTER** comes before the Court sua sponte under rule 11 of the Rules Governing Section 2254 Cases In The United States District Courts; the Court having entered a Final Judgment dismissing Petitioner Rodrigo Dominguez' Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody, filed April 13, 2010 (Doc. 1), and Dominguez having failed to make a substantial showing of denial of a constitutional right, denies Dominguez a certificate of appealability.

**IT IS ORDERED** that a certificate of appealability is denied.

                                                                       _____
                                                                   UNITED STATES DISTRICT JUDGE

*Counsel:*

Kari Converse
  Assistant Federal Public Defender
Albuquerque, New Mexico

       *Attorney for Petitioner*

Gary K. King
  Attorney General for the State of New Mexico
Margaret E. McLean
  Assistant Attorney General
Santa Fe, New Mexico

    *Attorneys for the Respondents*